UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ANDRE COOPER PATTERSON.

Case No. 26-cv-04581-JST

**ORDER ADMINISTRATIVELY CLOSING CASE**

On May 15, 2026, the Court received a letter from Plaintiff addressed to Judge Yvonne Gonzalez Rogers, stating that he was "not seeking any legal assistance whatsoever" and "simply sharing . . . information so more people can be informed about the criminal syndicate that Jesse Collins Sone secretly built in August, GA." ECF No. 1 at 6. Pursuant to this letter, the Court opened a civil rights action under the above-captioned case number. However, it appears that this action was opened in error as Plaintiff does not seek court action with respect to the incidents reported in his letter. The Clerk of the Court is therefore directed to administratively close this action as opened in error. Because the action was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated:  June 1, 2026



JON S. TIGAR
United States District Judge